IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR133 |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| CHARLES ONNEN, | ) | |
| Defendant. | ) | |

The Defendant, Charles Onnen, by and through his attorney, Richard H. McWilliams, has moved for the Defendant's release from custody to residential treatment at Touchstone, 2633 P. Street, Lincoln, Nebraska effective Tuesday, July 23, 2013. All parties agree to the Defendant's release.

Accordingly, IT IS ORDERED that:

1. The Defendant shall be released from the custody of the U.S. Marshal at noon, July 23 , 2013.

2. The Defendant shall report directly to Touchstone, 2633 P Street, Lincoln, Nebraska, and shall live and remain there in accordance with the program's rules. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately.

3. The United States Marshal's Service have the Defendant delivered to the Robert V. Denney Federal Building in Lincoln, Nebraska, on the morning of July 23, 2013 and released from there at noon, July 23, 2013, to either a member of the Federal Public Defender's Office or the Defendant's wife, Amanda Onnen, for immediate and direct transport to Touchstone.

DATED this 16th day of July, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge